UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO VEGA, JR.,<br>Plaintiff,<br>v.<br>UGWUEZE,<br>Defendant. | Case No. 1:26-cv-00506-KES-FJS (PC)<br>ORDER GRANTING MOTION FOR COURT TO STOP COLLECTION OF FILING FEE<br>(ECF No. 14) |

Plaintiff Francisco Vega, Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. Plaintiff now brings a motion for the court to stop the California Department of Corrections and Rehabilitation ("CDCR") from continuing to collect payment from his prison trust account for the filing fee for this action because the filing fee of $350 has already been paid in full. (ECF No. 14.)

Section 1915 of Title 28 of the United States Code governs proceedings in forma pauperis. "Plaintiffs normally must pay [the filing fee] to file a civil complaint in federal district court, 28 U.S.C. §1914(a), but 28 U.S.C. § 1915(a)(1) allows the district court to waive the fee, for most individuals unable to afford it, by granting in forma pauperis status." *Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007). But even when granted leave to proceed in forma pauperis, "if a prisoner brings a civil action . . , the prisoner shall be required to pay the full amount of a filing

fee" through payments deducted from the prisoner's prison trust account. 28 U.S.C. § 1915(b)(1). After payment of an initial filing fee, if any, "the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner shall forward payments from the prisoner's account to the clerk of the court each time the amount in the account exceeds $10 until the filing fees are paid." 28 U.S.C. § 1915(b)(2).

The records from this court's finance department indicate that the Plaintiff has paid his $350 filing fee in full as of October 28, 2026. Because the court's records confirm that Plaintiff has paid the $350 filing fee in full, prison officials should cease deducting payments from Plaintiff's inmate trust account for an obligation that no longer exists.

Based on the foregoing, Plaintiff's motion for the court to stop collection of the filing fee for this action is GRANTED. The court FINDS that Plaintiff has paid the $350 filing fee in full and the CDCR SHALL CEASE deducting funds from Plaintiff's inmate trust account to pay filing fees in this action.

IT IS SO ORDERED.

Dated: **November 20, 2026**

UNITED STATES MAGISTRATE JUDGE